1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>THE NATURAL SOLUTIONS, LLC, a California limited liability company; MICHELLE PINA, an individual; SUNFLORA, INC., a Florida corporation,<br><br>       Defendants. | Case No.  2:21-cv-03824-JLS-MRW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

The parties Joint Stipulation and Order for Dismissal with Prejudice (Doc. 60) is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

DATED:  December 20, 2022

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE